### No. 8819.

### M. GIVANOVICH vs. HEBREW CONGREGATION OF BATON ROUGE.

The holder and owner of notes furnished as part of the price of purchase of real estate, may enforce the payment thereof against the purchaser of his vendee, who has assumed payment of the notes. It is immaterial whether the first act of sale be recorded or not. The purchaser, by his assumption, is liable for the notes, and by his purchase holds under the vendee. He cannot be permitted to set up defenses which his author would have had no right to raise.

He has no right to ask, by reconvention, the nullity of the sale by his author's vendor to the former, and of that by his author to himself, in a suit for the payment of the original price assumed by him and to which his own vendor is no party.

APPEAL from the Seventeenth District Court, Parish of East Baton Rouge. *Sherburne, J.*

---

*C. D. Favrot* for Plaintiff and Appellant.

*Burgess & Burgess* for Defendant and Appellee.

---

The opinion of the Court was delivered by BERMUDEZ, C. J.